**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000391**
**28-JUN-2013**
**08:16 AM**

NO. CAAP-13-0000391

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GALINA OGEONE, Plaintiff-Appellant, v.
DENTIST W RUTH YANG, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-3278)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record on appeal, it appears that we lack jurisdiction over the appeal by Plaintiff-Appellant Galina Ogeone (Appellant).

The intermediate court of appeals has jurisdiction "[t]o hear and determine appeals from any court or agency when appeals are allowed by law[.]" HRS § 602-57(1) (Supp. 2011). The law provides that "[a]ppeals shall be allowed in civil

matters from all final judgments, orders, or decrees of circuit . . . courts[.]" HRS § 641-1(a) (1993 & Supp. 2011).

Appellant appeals from an Order Granting Defendant Dentist Ruth W. Yang's Motion to Set Aside Entry of Default of February 25, 2013 (Filed March 19, 2013), filed on April 5, 2013.[1] This order is not a final order, judgment, or decree from which an appeal can be taken.

Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

DATED: Honolulu, Hawai'i, June 28, 2013

Chief Judge

Associate Judge

Associate Judge

---

[1] The Honorable Edwin C. Nacino presided.